# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER HOSKINS, | Civil No. 3:17-cv-1232 |
| Petitioner | (Judge Mariani) |
| v. | |
| KATHY LANE, | |
| Respondent | |

## ORDER

**AND NOW**, this 5th day of September, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED without prejudice**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge