IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER HOSKINS, : Civil No. 3:17-cv-1232
:
    Petitioner : (Judge Mariani)
:
v. :
:
KATHY LANE, :
:
    Respondent :

## ORDER

**AND NOW**, this _2nd_ day of May, 2018, upon consideration of Petitioner's motion (Doc. 7) to alter, amend, or reconsider the judgment pursuant to Federal Rule of Civil Procedure 59(e), and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 7) is **DENIED**.

_____
Robert D. Mariani
United States District Judge